**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VLADIMIR V. KOLESNIKOV,

              Petitioner,

- against -

ANDREA J. QUARANTILLO, Director, New York Office, U.S. Citizenship and Immigration Services; EMILIO GONALEZ, Director, U.S. Citizenship and Immigration Services; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ROBERT S. MUELLER III, Director, Federal Bureau of Investigation,

              Respondents.

Docket No. 08 Civ. 3287 (JES)
A96-436-673

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/08

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
July 22, 2008

HODGSON RUSS LLP
Attorneys for Petitioner

_____
Jacqueline I. Meyer, Esq.
1540 Broadway, 24th Floor
New York, New York 10036
Tel.  (212) 751-4300
Fax  (212) 751-0928

New York, New York
July 22, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_____
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769
Fax  (212) 637-2786

SO ORDERED:

_____
Hon. John E. Sprizzo
United States District Judge
7-28-08